IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ELAINE BRUEGGEMANN, as**
**Independent Executor of the**
**Estate of HENRY N. EDWARDS,**
**deceased**,

**Plaintiff,**

**v.**

**ETHICON ENDO-SURGERY, INC.,**
a corporation, and **OWENS & MINOR**
**DISTRIBUTION, INC.**, a corporation,

**Defendants.**                                             No. 08-0926DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendant Owens & Minor Distribution, Inc.'s motion for summary judgment (Doc. 78). On July 20, 2012, plaintiff filed an opposition to defendants' motions for summary judgment (Doc. 84). In this response, plaintiff confesses the motion for summary judgment as to the negligence count against Owens & Minor. However, plaintiff opposes Ethicon Endo-Surgery, Inc.'s motion for summary judgment as to the strict liability claim. Thus, the Court **GRANTS** Owens & Minor Distribution, Inc.'s motion for summary judgment (Doc. 78). The Court **DIRECTS** the Clerk of the Court at the close of the case to enter judgment in favor of Owens & Minor Distribution, Inc. and against Elaine

Brueggemann, as Independent Executor of the Estate of Henry N. Edwards, deceased.

**IT IS SO ORDERED.**

Signed this 24th day of July, 2012.

David R. Herndon
2012.07.24
05:39:10 -05'00'

**Chief Judge**
**United States District Court**