IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELAINE BRUEGGEMANN, as
Independent Executor of the
Estate of HENRY N. EDWARDS,
deceased,

Plaintiff,

v.

ETHICON ENDO-SURGERY, INC.,
a corporation,

Defendant.  No. 08-0926DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court are defendant's motion in limine to exclude evidence of other lawsuits, claims or settlements involving surgical devices manufactured by defendant Ethicon Endo-Surgery, Inc. (Doc. 81) and motion in limine to exclude evidence of or reference to adverse event reports (Doc. 82). Plaintiff responds that she does not intend to introduce the evidence contained in these motions and confesses the same (Doc. 88). Thus, the Court **GRANTS** these motions. The Corut **BARS** plaintiff from introducing evidence of other lawsuits, claims or settlements involving surgical devices manufactured by defendant and evidence of or reference to adverse event reports.

**IT IS SO ORDERED.**

Signed this 23rd day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.23
09:59:29 -05'00'

Chief Judge
United States District Court