IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ELAINE BRUEGGEMANN, as Independent Executor of the Estate of HENRY N. EDWARDS, deceased**,

**Plaintiff,**

v.

**ETHICON ENDO-SURGERY, INC., a corporation, and OWENS & MINOR DISTRIBUTION, INC., a corporation,**

**Defendants.**                                      No. 08-0926DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a joint stipulation for dismissal with prejudice (Doc. 91). Based on the stipulation, the Court **DISMISSES** with prejudice this action with each party to pay its own costs and fees. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 13th day of December, 2012.

Digitally signed by
David R. Herndon
Date: 2012.12.13
14:10:50 -06'00'

**Chief Judge
United States District Court**