## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**ELAINE BRUEGGEMANN, as**
**Independent Executor of the**
**Estate of HENRY N. EDWARDS,**
**deceased,**

**Plaintiff,**

**v.**

**ETHICON ENDO-SURGERY, INC.,**
**a corporation, and OWENS & MINOR**
**DISTRIBUTION, INC., a corporation,**

**Defendants.**                                    **No. 08-cv-926-DRH**


### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on a Joint Stipulation of Dismissal filed by the parties on December 13, 2012.   This followed the Court's Order granting Summary Judgment to defendant Owens& Minor Distribution, Inc. against plaintiff on July 24, 2012.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 13, 2012, this case is **DISMISSED** with prejudice as to Ethicon Endo-Surgery, Inc. and pursuant to the Order entered on July 24, 2012, this case is **DISMISSED** with prejudice against plaintiff as to Owens & Minor Distribution, Inc.   Each party to pay its own costs and fees.

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**

Dated:  December 17, 2012

Digitally signed by David R. Herndon
Date: 2012.12.17 12:13:44 -06'00'

**BY:**_____**/s/Sara Jennings**_____
                    **Deputy Clerk**

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT